1

2   FISHER & PHILLIPS LLP
    SCOTT M. MAHONEY, ESQ.
    Nevada Bar No. 1099
3   300 S. Fourth Street
    Suite 1500
4   Las Vegas, NV  89101
    Telephone: (702) 252-3131
5   E-Mail Address:  smahoney@fisherphillips.com
    Attorney for Defendant,
6

7                 **UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF NEVADA**

9   CAROL INGRAM,                    )   Case No.: 2:21-cv-01767-JCM-VCF
                                     )
10                 Plaintiff,        )   **STIPULATION AND ORDER TO**
                                     )   **EXTEND TIME TO RESPOND TO**
11  v.                               )   **COMPLAINT**
                                     )        **(First Request)**
12                                   )
    SAKS & COMPANY LLC, a Delaware   )
13  limited liability company d/b/a SAKS )
    FIFTH AVENUE; DOES I-X and ROE   )
14  ENTITIES I-X, inclusive,         )
                                     )
15                 Defendant.        )
                                     )
16  _____        )

17

18          IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

19  record that Defendant will have additional time up to and including November 5, 2021

20  to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defense counsel

21  has been recently retained and needs additional time to investigate and review the case

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

                          - 1 -

FP 41976897.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

1  facts.  This is the first request for an extension of this deadline.

2  KAPLAN COTTNER                    FISHER & PHILLIPS LLP

3

4  By: /s/ Kory L. Kaplan, Esq.       By: /s/ Scott M. Mahoney, Esq.
        850 E. Bonneville Ave.              300 South Fourth Street #1500
5       Las Vegas, Nevada 89101            Las Vegas, Nevada 89101
        Attorneys for Plaintiff            Attorneys for Defendant
6

7                                    IT IS SO ORDERED:

8

9                                    _____
                                     UNITED STATES MAGISTRATE JUDGE
10
                                             10-14-2021
11                                   Dated:_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 41976897.1