FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Saks & Company LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL INGRAM, | Case No.: 2:21-cv-01767-JCM-VCF |
| Plaintiff, | **DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| v. | |
| SAKS & COMPANY LLC, a Delaware limited liability company d/b/a SAKS FIFTH AVENUE; DOES I-X and ROE ENTITIES I-X, inclusive, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 26(f) and Local Rule 26-1, the parties through their respective counsel, submit the following proposed Discovery Plan and Scheduling Order.

(1)     Discovery Cutoff Date.  The discovery period will close on May 4, 2022, which is 180 days from the date of the filing of Defendant's Answer.

(2)     Amending the Pleadings and Adding Parties.  The date for filing motions to amend the pleadings or to add parties shall be on or before February 3, 2022, which is not later than 90 days prior to the close of discovery.

(3)     Expert Witness Disclosures.  The disclosure of any expert witnesses shall be made on or before March 4, 2022, which is not less than 60 days before the

FP 42360310.1

discovery deadline. The disclosures of any rebuttal experts shall be due on or before April 4, 2022. The requirements of F.R.C.P. 26(a)(2)(B) shall apply to any such disclosures.

(4)     Dispositive Motions. Dispositive motions shall be filed by June 3, 2022, which is 30 days after the discovery cut-off date.

(5)     Pretrial Order. The Joint Pretrial Order shall be filed by July 5, 2022, which is the first court day 30 days after the dispositive motions deadline. However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after a decision on the dispositive motions or further order of the Court. The disclosures required by Federal Rules of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

(6)     Initial Disclosures. The parties will make their Initial Disclosures by December 13, 2021, with no changes in the form or requirements for such disclosures.

(7)     Discovery Subjects. The parties may conduct discovery within the scope of Federal Rules of Civil Procedure 26(b). Subject to the foregoing, discovery need not be limited or focused on particular issues or conducted in phases. The parties agree that before any discovery dispute becomes the subject of a motion filed with the Court, in addition to the meet and confer requirements imposed by the Federal Rules of Civil Procedure and local rules, the parties will request a conference with the Magistrate Judge.

(8)     Electronically Stored Information ("ESI"). The parties recognize that electronically-stored information may be involved in this matter and prefer to deal with such information on an ad hoc basis as issues may arise. The parties have discussed whether they intend to present evidence in electronic format to jurors for the

FP 42360310.1

purpose of jury deliberations, but no stipulations have been reached at this time regarding providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

(9)   Protection of Privileged/Trial Preparation Material.  The parties prefer to handle these issues on an ad hoc basis as issues arise, but the provisions of Fed. R. Civ. P. 26(b)(5)(B) and Federal Rules of Evidence 502 shall apply.

(10)   The parties certify they have conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration and early neutral evaluation and have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and use of the Short Trial Program (General Order 2013-01).

KAPLAN COTTNER

By: /s/ Kory L. Kaplan, Esq.
   850 E. Bonneville
   Las Vegas, Nevada  89101
   Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
   300 South Fourth Street #1500
   Las Vegas, Nevada 89101
   Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-23-2021

FP 42360310.1