1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   300 S. Fourth Street
3  Suite 1500
   Las Vegas, NV  89101
4  Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendant,
6  Saks & Company LLC

7
8                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**

10  CAROL INGRAM,                          )   Case No.: 2:21-cv-01767-JCM-VCF
                                           )
11                      Plaintiff,         )   **JOINT STATUS REPORT RE:**
                                           )   **SETTLEMENT**
12  v.                                     )
                                           )
13  SAKS & COMPANY LLC, a Delaware         )
    limited liability company d/b/a SAKS   )
14  FIFTH AVENUE; DOES I-X and ROE         )
    ENTITIES I-X, inclusive,               )
15                                         )
                                           )
16                      Defendant.         )
                                           )
17  _____         )

18
       The parties hereby advise the Court that the Settlement Agreement has been
19
    executed but the time within which to complete the settlement has not yet lapsed.  The
20
    parties ask that the Court extend the time to file a Stipulation and Order for Dismissal to
21
    April 29, 2022.
22
       Dated this 25th day of March, 2022.
23
    KAPLAN COTTNER                          FISHER & PHILLIPS LLP
24

25  By: /s/ Kory L. Kaplan, Esq.           By: /s/ Scott M. Mahoney, Esq.
       850 E. Bonneville Ave.                 300 South Fourth Street #1500
26     Las Vegas, Nevada 89101                Las Vegas, Nevada 89101
       Attorneys for Plaintiff                Attorneys for Defendant
27
                            **ORDER**
28
                    IT IS SO ORDERED
                    DATED: 1:35 pm, March 28, 2022

                    BRENDA WEKSLER
                    UNITED STATES MAGISTRATE JUDGE

FP 43587129.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101