FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Saks & Company LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL INGRAM, | Case No.: 2:21-cv-01767-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| SAKS & COMPANY LLC, a Delaware limited liability company d/b/a SAKS FIFTH AVENUE; DOES I-X and ROE ENTITIES I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

KAPLAN COTTNER

By: /s/ Kory L. Kaplan, Esq.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
300 South Fourth Street #1500
Las Vegas, Nevada 89101
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 5, 2022

- 1 -

FP 43882980.1